MN-305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: George H. Palmer, lll

Chapter 7 Case No. ~~10-44586~~   10-43226

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Citibank (New York State) Great Lakes Higher Education | 8 | | $4.46 |

Date: January 5, 2010

_____
Trustee
Dwight R. J. Lindquist
4509 Hibiscus Avenue
Minneapolis, MN 55435
(952) 922-3815   #63538